PD-0165-15

Eric Hill Appellant

vs.

The State of Texas
appellee

In the Court of Criminal

Appeals
Austin Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 02 2015
Abel Acosta, Clerk

Motion To Re Appoint Counsel

To the Honorable Judge of Said Court

NOW comes the appellant Eric Hill the Petitioner in the above cause, and files this motion to Not allow and to Re Appoint counsel. The appellant will show the following.

I

Appellant is unable and without question one who suffers from mental illness and has bouts of De Abilitating Depression and due to that the appellant and this court would be better served if the Petitioner brief was done by attorney of record.

FILED IN
COURT OF CRIMINAL APPEALS
MAR 03 2015
Abel Acosta, Clerk

II

Appellant attorney Tim Cone had specifically request to do the Petitioner PDR and was given Permission to do so because as a officer of the courts He felt that the issue of unanimity was a viable Point of law and the Statue 25.11 at bar has No case decide by this court and on the issue that this case has and it is deserving on proper addressment by one who has 30 yrs. of experience.

III

Appellant has sent a letter asking the attorney apologizing for the outburst explaining the mental condition and the effects that it has on the appellant which cause the appellant to lash out without any real thought.

(1)

### III

THE APPELLANT realize that this court is not bound by any rule to appoint counsel but it can do so in the Best Interest of Justice and since the attorney of record has extensive knowledge of case because he was and has been the appeal attorney and would be able to meet the deadline by this court.

### V

THE appellant Has no record and resource to acquire the record so the court would only deny brief and an important issue is present as advised by the Honorable Officer of the court Tim Cone.

Wherefore the appellant respectfully ask this court to Please allow and compell the attorney to file the proper PDR on behalf of the appellant one whom has suffered and suffers harm. In the Best Interest of Justice.

Eric Hill
Eric Hill 1917752
Allred Unit
2101 FM 369 N.
Iowa Park Texas
76644

I, Eric Hill, 1917752 being Presently Incarcerated in Allred Unit in Whichta County Texas declare under Penalty of Perjury that the foregoing is true and Correct. On this day 25, of February, 2015

Certificate of Services.

This is to certify that a true and Correct copy of the foregoing Motion to Stay And Re Appoint the Counsel has been Mailed to the Honorable Tim Love P.O. Box 413 Gilmer Texas 75644

Eric Hill
Appellant.